UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Cause No. 3:06-cr-0038-RLY-CMM |
| ANTHONY COOK, | ) | - 13 |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

On July 21, 2017, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on September 19, 2016 and a supplemental petition filed on July 10, 2017. Defendant Cook appeared in person with his appointed counsel Dominic Martin. The government appeared by Will McCoskey, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Jason Nutter.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Cook of his rights and provided him with a copy of the petition. Defendant Cook orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Cook admitted violations 1 and 2. [Docket No. 164.]

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"The defendant shall refrain from any unlawful use of a controlled substance."**<br><br>On August 26, 2016, Anthony Cook tested positive for marijuana, which he admitted smoking.<br><br>As previously reported to the Court, on March 6, 2014, the offender tested positive for marijuana. He admitted smoking the substance. |
| 2 | **"The defendant shall notify the probation officer at least ten days prior to any change in residence or employment."**<br><br>On September 14, 2016, the offender reported he has been homeless for a week. Housing was arranged for him; however, he never reported to the new residence. His current whereabouts is unknown. |

4. Government orally moved to dismiss violations 3, and 4 and the same granted.

5. The parties stipulated that:

   (a) The highest grade of violation is a Grade C violation.

   (b) Defendant's criminal history category is II.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 4 to 10 months' imprisonment.

6. Parties jointly recommended a sentence of six (6) months with no supervised release to follow.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of six (6) months with no supervised release to follow. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties have fourteen days after being served a copy of this Report and Recommendation to serve and file written objections with the District Judge.

Dated: July 27, 2017

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal