UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | 3:06-cr-00038-RLY-CMM |
| ANTHONY COOK (13), | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted his Report and Recommendation on USPO Petitions for Action on Conditions of Supervised Release. The parties were afforded due opportunity pursuant to statute and the rules of this court to file objection; none were filed. The court, having considered the Magistrate Judge's Report and Recommendation, hereby ADOPTS the Magistrate Judge's Report and Recommendation.

**SO ORDERED** this 17th day of August 2017.

                                                                RICHARD L. YOUNG, JUDGE
                                                                 United States District Court
                                                                 Southern District of Indiana

Distributed Electronically to Registered Counsel of Record